
1  Richard S. Taffet (*pro hac vice*)
   Kenneth I. Schacter (*pro hac vice*)
2  Jon R. Roellke (*pro hac vice*)
   Colin C. West (SBN 184095)
3  BINGHAM MCCUTCHEN LLP
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   (415) 393-2000 (telephone)
5  (415) 393-2286 (facsimile)
   colin.west@bingham.com
6
   *Attorneys for Defendants*
7  Sharp Corporation
   Sharp Electronics Corporation
8
   [additional counsel and parties listed in signature block]
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI MDL No. 1827 |
|---|---|
15 | | |
16 | This Document Relates to: Individual Case No. 09-cv-4997-SI Individual Case No. 09-cv-5840-SI | |
17 | | Individual Case No. 09-cv-4997-SI Individual Case No. 09-cv-5840-SI |
18 | AT&T MOBILITY LLC; AT&T CORP.; AT&T SERVICES, INC.; BELLSOUTH TELECOMMUNICATIONS, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T OPERATIONS, INC.; AT&T DATACOMM, INC.; SOUTHWESTERN BELL TELEPHONE COMPANY, | **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |
22 | Plaintiffs, v. | |
23 | AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG | |

| | |
|---|---|
| 1 | ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; CORPORATION; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
|   | Defendants. |
| 8 | |
| 9 | MOTOROLA, INC., |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC., |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | |

Case No. 3:07-md-1827 SI MDL No. 1827

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
MDL NO. 1827

A/73455489.1/3008121-0000331557

| | |
|---|---|
| 1 | The undersigned counsel, on behalf of plaintiffs AT&T Mobility LLC, AT&T |
| 2 | Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone |
| 3 | Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Telephone |
| 4 | Company, and Motorola, Inc. (collectively, "Direct Action Plaintiffs"); and defendants AU |
| 5 | Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei |
| 6 | Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Tatung |
| 7 | Company of America, Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech, |
| 8 | Inc., Nexgen Mediatech USA, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, |
| 9 | Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, |
| 10 | Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba Mobile Display |
| 11 | Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation, |
| 12 | Epson Electronics America, Inc. (collectively, "Defendants") request that the Court enter the |
| 13 | following order to set the timing of the parties' briefs with regard to Defendants' forthcoming |
| 14 | motions to dismiss the Direct Action Plaintiffs' Second Amended Complaints. |
| 15 | WHEREAS Direct Action Plaintiffs filed Second Amended Complaints in the |
| 16 | above-captioned case on July 23, 2010; |
| 17 | WHEREAS Direct Action Plaintiffs and Defendants have agreed that an orderly |
| 18 | schedule for the response to the Second Amended Complaints would be most efficient for the |
| 19 | parties and for the Court; |
| 20 | WHEREAS this extension will not alter the date of any event or any deadline |
| 21 | already fixed by the Court; |
| 22 | NOW, THEREFORE, Direct Action Plaintiffs and Defendants, by their respective |
| 23 | counsel, stipulate and agree as follows: |
| 24 | 1.   Defendants shall file their motions to dismiss the Second Amended |
| 25 | Complaints' motions no later than August 27, 2010, |
| 26 | 2.   Direct Action Plaintiffs' oppositions to the motions to dismiss shall be due |
| 27 | on September 27, 2010, |
| 28 | 3.   Defendants' reply briefs in further support of their motions to dismiss |

1  shall be due on October 15, 2010,

2      4.    Except as set forth above, all Local Rules shall remain in effect with

3  respect to the briefing on the motions.  Entering into this stipulation does not constitute a waiver

4  of any defense under Federal Rule of Civil Procedure 12.

5

6      IT IS SO STIPULATED

7      Respectfully submitted,

8  DATED: August 5, 2010

9  *Counsel for Plaintiffs Motorola, Inc., AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc. Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company*

By:   */s/ Joshua C. Stokes*
Jerome A. Murphy (*pro hac vice*)
Jeffrey H. Howard (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 623-2500 (Phone)
(202) 628-5116 (Facsimile)

Jason C. Murray (State Bar. No. 169806)
Joshua C. Stokes (State Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)

R. Bruce Holcomb (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
(202) 580-8822 (Phone)
(202) 580-8821 (Facsimile)

| | |
|---|---|
| 1 | DATED: August 5, 2010 |
| 2 | |
| 3 | By: _____/s/ Colin C. West_____ |
| 4 | Colin C. West (SBN 184095)<br>BINGHAM MCCUTCHEN LLP |
| 5 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 6 | (415) 393-2000 (telephone)<br>(415) 393-2286 (facsimile) |
| 7 | colin.west@bingham.com |
| 8 | Richard S. Taffet (*pro hac vice*)<br>Kenneth I. Schacter (*pro hac vice*)<br>BINGHAM MCCUTCHEN LLP |
| 9 | 399 Park Avenue<br>New York, NY 10022-4689 |
| 10 | (212) 705-7000 (telephone) |
| 11 | Jon R. Roellke (*pro hac vice*)<br>BINGHAM MCCUTCHEN LLP |
| 12 | 2020 K Street NW<br>Washington, DC 20006-1806 |
| 13 | (202) 373-6000 (telephone) |
| 14 | *Attorneys for Defendants*<br>Sharp Corporation |
| 15 | Sharp Electronics Corp. |
| 16 | DATED: August 5, 2010 |
| 17 | |
| 18 | By: _____/s/ Melvin R. Goldman_____<br>Melvin R. Goldman |
| 19 | Stephen P. Freccero<br>Derek F. Foran |
| 20 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 21 | San Francisco, CA 94105<br>(415) 268-7000 (telephone) |
| 22 | David L. Meyer |
| 23 | MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW |
| 24 | Suite 6000<br>Washington, DC 20006-1888 |
| 25 | *Attorneys for Defendants* |
| 26 | Epson Imaging Devices Corporation, Epson<br>Electronics America, Inc. |
| 27 | |
| 28 | |

3     Case No. 3:07-md-1827 SI  MDL No. 1827

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
MDL NO. 1827

A/73455489.1/3008121-0000331557

1  DATED: August 5, 2010

2

3                                          By: _____/s/ Michael R. Lazerwitz_____
                                               Michael R. Lazerwitz (*pro hac vice*)
4                                              Jeremy J. Calsyn (SBN 205062)
                                               Lee F. Berger (SBN 222756)
5                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                               2000 Pennsylvania Ave., NW
6                                              Washington, DC  20006
                                               (202) 974-1500 (telephone)
7                                              (202) 974-1999 (facsimile)
                                               mlazerwitz@cgsh.com
8
                                               *Attorneys for Defendants*
9                                              LG Display Co., Ltd. and LG Display America, Inc.

10  DATED: August 5, 2010

11

12                                         By: _____/s/ Carl L. Blumenstein_____
                                               Carl L. Blumenstein
13                                             Christopher A. Nedeau
                                               Bryan B. Barnhart
14                                             NOSSAMAN LLP
                                               50 California Street, 34th Floor
15                                             San Francisco, CA  94111
                                               (415) 438-7274 (telephone)
16
                                               *Attorneys for Defendants*
17                                             AU Optronics Corporation and AU Optronics
                                               Corporation America, Inc.
18

19

20

21

22

23

24

25

26

27

28

                                       4                    Case No. 3:07-md-1827 SI  MDL No. 1827
                     STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
                                              MDL NO. 1827
A/73455489.1/3008121-0000331557

1  DATED: August 5, 2010

2

3                              By:          /s/ John L. Williams
                                            John L. Williams
4                                   MANCHESTER, WILLIAMS & SEIBERT
                                         111 N Market St., Suite 300
5                                            San Jose, CA 95113
                                          (408) 332-5832 (telephone)
6
                                           Steven R. Manchester
7                                   MANCHESTER, WILLIAMS & SEIBERT
                                        Ten Almaden Blvd., Suite 1250
8                                            San Jose, CA 95113
                                          (408) 293-5401 (telephone)
9
                                          *Attorneys for Defendants*
10                               Chi Mei Corporation, Chi Mei Optoelectronics
                                 Corporation, Chi Mei Optoelectronics USA, Inc.
11                               CMO Japan Co. Ltd., Nexgen Mediatech, Inc. and
                                          Nexgen Mediatech USA, Inc.
12
    DATED: August 5, 2010
13

14

15                             By:           /s/ Wayne A. Cross
                                         Wayne A. Cross (*pro hac vice*)
16                                       John H. Chung (*pro hac vice*)
                                             WHITE & CASE LLP
17                                        1155 Avenue of the Americas
                                             New York, NY  10036
18                                        (212) 819-8200 (telephone)

19                                      Christopher M. Curran (*pro hac vice*)
                                         Kristen J. McAhren (*pro hac vice*)
20                                          701 Thirteenth Street, NW
                                           Washington, DC 20005-3807
21                                         (202) 626-3600 (telephone)

22                                        *Attorneys for Defendants*
                                  Toshiba Corporation, Toshiba Mobile Display Co.,
23                               Ltd., Toshiba America Electronic Components, Inc.
                                  and Toshiba America Information Systems, Inc.

24

25

26

27

28

                                              5                     Case No. 3:07-md-1827 SI  MDL No. 1827
                           STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
                                                 MDL NO. 1827
A/73455489.1/3008121-0000331557

1 | DATED:  August 5, 2010

3 | By: _____/s/ Simon J. Frankel_____
Simon J. Frankel (SBN 171552)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
(415) 591-6000 (telephone)

Timothy C. Hester (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 662-6000 (telephone)

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.

DATED:  August 5, 2010

By: _____/s/ Patrick J. Ahern_____
Patrick J. Ahern
BAKER & MCKENZIE, L.L.P.
130 East Randolph Drive
Chicago, Illinois  60601
(312) 861-3735 (telephone)

*Attorneys for Defendant*
Tatung Company of America, Inc.

Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

_____
Judge Susan Illston
8/11/10
_____
Date Entered