1  Richard S. Taffet (*pro hac vice*)
   Kenneth I. Schacter (*pro hac vice*)
2  Jon R. Roellke (*pro hac vice*)
   Colin C. West (SBN 184095)
3  BINGHAM MCCUTCHEN LLP
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   (415) 393-2000 (telephone)
5  (415) 393-2286 (facsimile)
   colin.west@bingham.com
6
   *Attorneys for Defendants*
7  Sharp Corporation
   Sharp Electronics Corporation
8
   [additional counsel and parties listed in signature block]
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI MDL No. 1827 |
| 15  This Document Relates to: | |
| 16  Individual Case No. 09-cv-4997-SI Individual Case No. 09-cv-5840-SI | |
| 17 | Individual Case No. 09-cv-4997-SI Individual Case No. 09-cv-5840-SI |
| 18  AT&T MOBILITY LLC; AT&T CORP.; AT&T SERVICES, INC.; BELLSOUTH TELECOMMUNICATIONS, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T OPERATIONS, INC.; AT&T DATACOMM, INC.; SOUTHWESTERN BELL TELEPHONE COMPANY, | **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |
| 19 | |
| 20 | |
| 21 | |
|          Plaintiffs, | |
| 22          v. | |
| 23  AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

A/73455489.1/3008121-0000331557

1   ELECTRONICS CO., LTD.; SAMSUNG
    SEMICONDUCTOR, INC.; SAMSUNG
2   ELECTRONICS AMERICA, INC.; SHARP
    CORPORATION; SHARP ELECTRONICS
3   CORPORATION; TOSHIBA CORPORATION;
    TOSHIBA AMERICA ELECTRONIC
4   COMPONENTS, INC.; CORPORATION;
    TOSHIBA MOBILE DISPLAY CO., LTD.;
5   TOSHIBA AMERICA INFORMATION
    SYSTEMS, INC.; EPSON IMAGING DEVICES
6   CORPORATION; EPSON ELECTRONICS
    AMERICA, INC.,
7
                    Defendants.
8
    MOTOROLA, INC.,
9
                        Plaintiff,
10
11          v.
12  AU OPTRONICS CORPORATION; AU
    OPTRONICS CORPORATION AMERICA,
13  INC.; CHI MEI CORPORATION; CHI MEI
    OPTOELECTRONICS CORPORATION; CHI
14  MEI OPTOELECTRONICS CORPORATION
    USA, INC.; CMO JAPAN CO. LTD.; NEXGEN
15  MEDIATECH, INC.; CHUNGHWA PICTURE
    TUBES LTD.; TATUNG COMPANY OF
16  AMERICA, INC.; HANNSTAR DISPLAY
    CORPORATION; LG DISPLAY CO. LTD.; LG
17  DISPLAY AMERICA, INC.; SAMSUNG
    ELECTRONICS CO., LTD.; SAMSUNG
18  SEMICONDUCTOR, INC.; SAMSUNG
    ELECTRONICS AMERICA, INC.; SHARP
19  CORPORATION; SHARP ELECTRONICS
    CORPORATION; TOSHIBA CORPORATION;
20  TOSHIBA AMERICA ELECTRONIC
    COMPONENTS, INC.; TOSHIBA MOBILE
21  DISPLAY CO., LTD.; TOSHIBA AMERICA
    INFORMATION SYSTEMS, INC.; EPSON
22  IMAGING DEVICES CORPORATION; EPSON
    ELECTRONICS AMERICA, INC.,
23
                    Defendants.
24
25
26
27
28

Case No. 3:07-md-1827 SI MDL No. 1827

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
MDL NO. 1827

1    The undersigned counsel, on behalf of plaintiffs AT&T Mobility LLC, AT&T

2  Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone

3  Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Telephone

4  Company, and Motorola, Inc. (collectively, "Direct Action Plaintiffs"); and defendants AU

5  Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei

6  Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Tatung

7  Company of America, Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech,

8  Inc., Nexgen Mediatech USA, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor,

9  Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation,

10  Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba Mobile Display

11  Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation,

12  Epson Electronics America, Inc. (collectively, "Defendants") request that the Court enter the

13  following order to set the timing of the parties' briefs with regard to Defendants' forthcoming

14  motions to dismiss the Direct Action Plaintiffs' Second Amended Complaints.

15    WHEREAS Direct Action Plaintiffs filed Second Amended Complaints in the

16  above-captioned case on July 23, 2010;

17    WHEREAS Direct Action Plaintiffs and Defendants have agreed that an orderly

18  schedule for the response to the Second Amended Complaints would be most efficient for the

19  parties and for the Court;

20    WHEREAS this extension will not alter the date of any event or any deadline

21  already fixed by the Court;

22    NOW, THEREFORE, Direct Action Plaintiffs and Defendants, by their respective

23  counsel, stipulate and agree as follows:

24    1.    Defendants shall file their motions to dismiss the Second Amended

25  Complaints' motions no later than August 27, 2010,

26    2.    Direct Action Plaintiffs' oppositions to the motions to dismiss shall be due

27  on September 27, 2010,

28    3.    Defendants' reply briefs in further support of their motions to dismiss

1    shall be due on October 15, 2010,

2              4.      Except as set forth above, all Local Rules shall remain in effect with

3    respect to the briefing on the motions.  Entering into this stipulation does not constitute a waiver

4    of any defense under Federal Rule of Civil Procedure 12.

5

6              IT IS SO STIPULATED

7                                            Respectfully submitted,

8    DATED: August 5, 2010

9    *Counsel for Plaintiffs Motorola,*          By:   /s/ Joshua C. Stokes
     *Inc., AT&T Mobility LLC, AT&T*                    Jerome A. Murphy (*pro hac vice*)
10   *Corp., AT&T Services, Inc.,*                      Jeffrey H. Howard (*pro hac vice*)
     *Bellsouth Telecommunications, Inc.*               CROWELL & MORING LLP
11   *Pacific Bell Telephone Company,*                  1001 Pennsylvania Avenue, N.W.
     *AT&T Operations, Inc., AT&T*                      Washington, DC 20004
12   *DataComm, Inc., and Southwestern*                 (202) 623-2500 (Phone)
     *Bell Telephone Company*                           (202) 628-5116 (Facsimile)
13

14                                           Jason C. Murray (State Bar. No. 169806)
                                             Joshua C. Stokes (State Bar No. 220214)
15                                           CROWELL & MORING LLP
                                             515 South Flower St., 40th Floor
16                                           Los Angeles, CA 90071
                                             (213) 443-5582 (Phone)
17                                           (213) 622-2690 (Facsimile)

18
                                             R. Bruce Holcomb (*pro hac vice*)
19                                           ADAMS HOLCOMB LLP
                                             1875 Eye Street NW
20                                           Washington, DC 20006
                                             (202) 580-8822 (Phone)
21                                           (202) 580-8821 (Facsimile)

22

23

24

25

26

27

28

                                             Case No. 3:07-md-1827 SI  MDL No. 1827
STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
MDL NO. 1827

1   DATED:  August 5, 2010

2

3                                              By:_____/s/ Colin C. West_____

4                                                        Colin C. West (SBN 184095)
                                                         BINGHAM MCCUTCHEN LLP
5                                                        Three Embarcadero Center
                                                         San Francisco, CA 94111-4067
6                                                        (415) 393-2000 (telephone)
                                                         (415) 393-2286 (facsimile)
7                                                        colin.west@bingham.com

8                                                        Richard S. Taffet (*pro hac vice*)
                                                         Kenneth I. Schacter (*pro hac vice*)
9                                                        BINGHAM MCCUTCHEN LLP
                                                         399 Park Avenue
10                                                       New York, NY 10022-4689
                                                         (212) 705-7000 (telephone)

11                                                       Jon R. Roellke (*pro hac vice*)
                                                         BINGHAM MCCUTCHEN LLP
12                                                       2020 K Street NW
                                                         Washington, DC 20006-1806
13                                                       (202) 373-6000 (telephone)

14                                                       *Attorneys for Defendants*
                                                         Sharp Corporation
15                                                       Sharp Electronics Corp.
     DATED:  August 5, 2010
16

17

18                                             By:_____/s/ Melvin R. Goldman_____

19                                                       Melvin R. Goldman
                                                         Stephen P. Freccero
                                                         Derek F. Foran
20                                                       MORRISON & FOERSTER LLP
                                                         425 Market Street
21                                                       San Francisco, CA  94105
                                                         (415) 268-7000 (telephone)

22                                                       David L. Meyer
                                                         MORRISON & FOERSTER LLP
23                                                       2000 Pennsylvania Avenue, NW
                                                         Suite 6000
24                                                       Washington, DC 20006-1888

25                                                       *Attorneys for Defendants*
                                                         Epson Imaging Devices Corporation, Epson
26                                                       Electronics America, Inc.

27

28

                                        3                          Case No. 3:07-md-1827 SI  MDL No. 1827
     _____
                    STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
     A/73455489.1/3008121-0000331557             MDL NO. 1827

1   DATED:  August 5, 2010

2

3                                          By: _____ /s/ Michael R. Lazerwitz _____
                                               Michael R. Lazerwitz (*pro hac vice*)
4                                              Jeremy J. Calsyn (SBN 205062)
                                               Lee F. Berger (SBN 222756)
5                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                               2000 Pennsylvania Ave., NW
6                                              Washington, DC  20006
                                               (202) 974-1500 (telephone)
7                                              (202) 974-1999 (facsimile)
                                               mlazerwitz@cgsh.com
8
                                               *Attorneys for Defendants*
9                                          LG Display Co., Ltd. and LG Display America, Inc.

10  DATED:  August 5, 2010

11

12                                         By: _____ /s/ Carl L. Blumenstein _____
                                               Carl L. Blumenstein
13                                             Christopher A. Nedeau
                                               Bryan B. Barnhart
14                                         NOSSAMAN LLP
                                               50 California Street, 34th Floor
15                                             San Francisco, CA  94111
                                               (415) 438-7274 (telephone)
16
                                               *Attorneys for Defendants*
17                                         AU Optronics Corporation and AU Optronics
                                               Corporation America, Inc.
18

19

20

21

22

23

24

25

26

27

28

                                                       Case No. 3:07-md-1827 SI  MDL No. 1827
_____
STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
                            MDL NO. 1827
A/73455489.1/3008121-0000331557

1   DATED:  August 5, 2010

2

3                                              By:_____/s/ John L. Williams_____
                                                        John L. Williams
4                                                   MANCHESTER, WILLIAMS & SEIBERT
                                                        111 N Market St., Suite 300
5                                                         San Jose, CA 95113
                                                         (408) 332-5832 (telephone)
6
                                                        Steven R. Manchester
7                                                   MANCHESTER, WILLIAMS & SEIBERT
                                                      Ten Almaden Blvd., Suite 1250
8                                                         San Jose, CA 95113
                                                         (408) 293-5401 (telephone)
9
                                                         *Attorneys for Defendants*
10                                                Chi Mei Corporation, Chi Mei Optoelectronics
                                                  Corporation, Chi Mei Optoelectronics USA, Inc.
11                                                CMO Japan Co. Ltd., Nexgen Mediatech, Inc. and
                                                       Nexgen Mediatech USA, Inc.
12
     DATED:  August 5, 2010
13

14

15                                              By:_____/s/ Wayne A. Cross_____
                                                    Wayne A. Cross (*pro hac vice*)
16                                                   John H. Chung (*pro hac vice*)
                                                        WHITE & CASE LLP
17                                                    1155 Avenue of the Americas
                                                         New York, NY  10036
18                                                       (212) 819-8200 (telephone)

19                                                  Christopher M. Curran (*pro hac vice*)
                                                   Kristen J. McAhren (*pro hac vice*)
20                                                      701 Thirteenth Street, NW
                                                       Washington, DC 20005-3807
21                                                       (202) 626-3600 (telephone)

22                                                       *Attorneys for Defendants*
                                                  Toshiba Corporation, Toshiba Mobile Display Co.,
23                                                Ltd., Toshiba America Electronic Components, Inc.
                                                  and Toshiba America Information Systems, Inc.

24

25

26

27

28

A/73455489.1/3008121-0000331557

1    DATED:  August 5, 2010

2

3                                                          By:_____*/s/ Simon J. Frankel*_____
                                                              Simon J. Frankel (SBN 171552)
4                                                             COVINGTON & BURLING LLP
                                                              One Front Street, 35th Floor
5                                                             San Francisco, CA 94111
                                                              (415) 591-6000 (telephone)
6
                                                              Timothy C. Hester (*pro hac vice*)
7                                                             Derek Ludwin (*pro hac vice*)
                                                              COVINGTON & BURLING LLP
8                                                             1201 Pennsylvania Ave. NW
                                                              Washington, D.C. 20004
9                                                             (202) 662-6000 (telephone)

10                                                            *Attorneys for Defendants*
                                                              Samsung Electronics Co., Ltd.,
11                                                            Samsung Semiconductor, Inc. and
                                                              Samsung Electronics America, Inc.
12
     DATED:  August 5, 2010
13

14
                                                          By:_____*/s/ Patrick J. Ahern*_____
15                                                            Patrick J. Ahern
                                                              BAKER & MCKENZIE, L.L.P.
16                                                            130 East Randolph Drive
                                                              Chicago, Illinois  60601
17                                                            (312) 861-3735 (telephone)

18                                                            *Attorneys for Defendant*
                                                              Tatung Company of America, Inc.
19

20         Attestation:  The filer of this document attests that the concurrence of the other

21   signatories thereto has been obtained.

22         The Court has reserved 11/3/10 @ 10:00 a.m.
23   for the hearing date on the motions.                 SO ORDERED

24                                                         _____

25                                                         Judge Susan Illston

26
                                                           _____
27
                                                           Date Entered
28

                                            6                     Case No. 3:07-md-1827 SI  MDL No. 1827
                           STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
     A/73455489.1/3008121-0000331557                 MDL NO. 1827