47 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 11/3/10

Case No.  M-07-1827/ C-09-4997, C-09-5840 SI          Judge: SUSAN ILLSTON

Title: **IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**

ATTORNEYS: see attached check in sheet

Deputy Clerk: Sue Imbrani & Tracy Forakis   Court Reporter: K. Wyatt

## PROCEEDINGS

1) Sharp's Motion to Dismiss - HELD and taken under submission

Order to be prepared by:  ( )Pltf   ( )Deft   ( x)Court   () parties

FURTHER ORDERED:

# SIGN IN

**BINGHAM** — Sharp
Colin C. West
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
T 415.393.2422  C 415.378.7647
F 415.393.2286
colin.west@bingham.com

**BINGHAM** — Sharp Corporation, Sharp Electronics Corp.
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
T 212.705.7729  C 914.582.2477
F 212.702.3603
richard.taffet@bingham.com

**crowell moring** — Motorola + AT&T
Matthew J. McBurney
1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2767  f202 628-5116  mmcburney@crowell.com

Simon J. Frankel and Jeffrey Davidson
**COVINGTON & BURLING LLP**
ONE FRONT STREET
SAN FRANCISCO, CA 94111-5356
TEL 415.591.7052
FAX 415.955.6552
SFRANKEL@COV.COM
BEIJING / BRUSSELS / LONDON / NEW YORK / SAN DIEGO / SAN FRANCISCO / SILICON VALLEY / WASHINGTON

Samsung Elec. Corp.; Samsung Elec. America; Samsung Semiconductor, Inc.

Michael F. Healy
Attorney at Law
michael.healy@sdma.com
**Sedgwick**
ONE MARKET PLAZA
STEUART TOWER, 8TH FLOOR
SAN FRANCISCO CA 94105-1101
415.781.7900 phone
415.781.2635 fax
AU Optronics Corporation & AU Optronics Corporation America

**crowell moring** — for Plaintiffs Motorola & AT&T
Jerome A. Murphy
1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2985  f202 628-5116  jmurphy@crowell.com

Kristen J. McAhren
White + Case LLP
701 13Th ST NW
Washington DC 20005
(202) 626-3600
Toshiba Corporation, Toshiba Mobile Display, Toshiba America Electronics Corp. + Toshiba America Information Systems, Inc.

**crowell moring** — πs Motorola + ATT
Jeffrey H. Howard
1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2909  f202 628-5116  jhoward@crowell.com

**crowell moring** — πs Motorola & ATT
Jason C. Murray
515 South Flower Street, 40th Floor, Los Angeles, CA 90071-2258
p213 443-5582  f213 622-2690  jmurray@crowell.com

**BINGHAM** — SHARP
Jon R. Roellke
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806
T 202.373.6119
F 202.373.6001
jon.roellke@bingham.com

SIGN IN

BAKER & McKENZIE — Tatung Co. of America

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601, USA

Patrick J. Ahern
Attorney at Law

Direct: +1 312 861 3735
Fax: +1 312 698 2034
patrick.j.ahern@bakernet.com

EPSON
MoFo

MORRISON | FOERSTER

STEPHEN P. FRECCERO
PARTNER
EPSON — DEFENDANTS
MORRISON & FOERSTER LLP
425 MARKET STREET, SAN FRANCISCO, CALIFORNIA 94105-2482
TELEPHONE: 415.268.6998 FACSIMILE: 415.268.7522
E-MAIL: SFRECCERO@MOFO.COM WWW.MOFO.COM

SIGN IN



**RE: LCD Hearing**
Stokes, Joshua   to: Tracy_Forakis                              11/02/2010 02:08 PM

I thought you might prefer that option. In addition to me, I will have the following folks on the phone: Ken Adams, Bruce Holcomb and Chris Leonardo of the firm of Adams Holcomb, counsel for AT&T and Motorola.

---

**Joshua Stokes**
**Crowell & Moring LLP**
515 S. Flower Street, 40th floor
Los Angeles, CA 90071
Office: 213-443-5573
Fax:    213-622-2690
jstokes@crowell.com

**From:** Tracy_Forakis@cand.uscourts.gov [mailto:Tracy_Forakis@cand.uscourts.gov]
**Sent:** Tuesday, November 02, 2010 2:04 PM
**To:** Stokes, Joshua
**Subject:** RE: LCD Hearing


I will call you directly... :)

thank you

and the hearing is down for 10 a.m.

| | |
|---|---|
| From: | "Stokes, Joshua" <JStokes@crowell.com> |
| To: | <Tracy_Forakis@cand.uscourts.gov> |
| Date: | 11/02/2010 01:53 PM |
| Subject: | RE: LCD Hearing |

---

I will conference into an existing tie line when you call with all the parties already on the phone, or you can call directly into a conf call number if that is easier. I will get you a list of names shortly.

Is the hearing at 9 or 10?