John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:   (212) 819-8200
Facsimile:    (212) 354-8113

Christopher M. Curran *(pro hac vice)*
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:   (202) 626-3600
Facsimile:    (202) 639-9355

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>MOTOROLA, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, *et al.*<br><br>         Defendants. | No. 3:09-cv-5840 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING IN MOTOROLA ACTION** |

1  WHEREAS Plaintiff Motorola, Inc. ("Motorola") filed the above-captioned lawsuit on October 20, 2009;

WHEREAS Motorola filed its Second Amended Complaint on July 23, 2010;

WHEREAS on March 28, 2011, the Court issued an Order denying Defendants' Joint Motion to Dismiss Motorola's Second Amended Complaint;

WHEREAS Motorola and Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities") have reached an agreement, pursuant to Civil L.R. 6-1, to extend the time within which the Toshiba Entities must file an answer to Motorola's Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Motorola and the Toshiba Entities, that the Toshiba Entities will have until April 18, 2011 to file an answer to Motorola's Second Amended Complaint.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 11, 2011 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By: /s/ John H. Chung<br>John H. Chung (*pro hac vice*) |
| | | WHITE & CASE LLP |
| 4 | | 1155 Avenue of the Americas<br>New York, NY  10036 |
| 5 | | Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113 |
| 6 | | |
| 7 | | Christopher M. Curran *(pro hac vice)*<br>Kristen J. McAhren (*pro hac vice*) |
| | | WHITE & CASE LLP |
| 8 | | 701 Thirteenth Street, NW<br>Washington, DC  20005 |
| 9 | | Telephone: (202) 626-3600<br>Facsimile:  (202) 639-9355 |
| 10 | | |
| 11 | | *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.* |
| 12 | | |
| 13 | | |
| 14 | Dated: April 11, 2011 | CROWELL & MORING LLP |
| 15 | | By: /s/ Jerome A. Murphy |
| 16 | | Jason C. Murray (CA Bar No. 169806)<br>CROWELL & MORING LLP |
| 17 | | 515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
| 18 | | Telephone: 213-443-5582<br>Facsimile: 213-622-2690 |
| 19 | | |
| 20 | | Jeffrey H. Howard (pro hac vice)<br>Jerome A. Murphy (pro hac vice) |
| | | CROWELL & MORING LLP |
| 21 | | 1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| 22 | | Telephone: 202-624-2500<br>Facsimile: 202-628-5116 |
| 23 | | |
| 24 | | *Attorneys for Motorola, Inc.* |
| 25 | | |
| 26 | Attestation:  The filer of this document attests that the concurrence of the other signatories | |
| 27 | thereto has been obtained. | |
| 28 | | |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _4/13_____, 2011         _____
3                                        The Honorable Susan Illston
                                         United States District Judge