CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
KATHARINE CHAO (CA SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
kchao@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA


JEFFREY H. HOWARD (*pro hac vice*)
JEROME A. MURPHY (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   (202) 624-2500
Facsimile:    (202) 628-5116
jhoward@crowell.com
jmurphy@crowell.com

Attorneys for Plaintiff
MOTOROLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:09-CV-5840-SI<br><br>MDL NO. 3:07-MD-1827-SI |
| THIS DOCUMENT RELATES TO:<br><br>3:09-CV-5840-SI<br><br>MOTOROLA, INC.,<br><br>Plaintiff,<br><br>VS.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | **STIPULATION AND [P~~R~~OPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SECOND AMENDED COMPLAINT** |

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS
CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

1

1

2    WHEREAS the Court denied defendants' joint motion to dismiss plaintiff Motorola, Inc.'s

3 Second Amended Complaint ("SAC") on March 28, 2011;

4    WHEREAS the deadline for defendants to answer the SAC was therefore set for April 11, 2011

5 pursuant to Fed. R. Civ. P. 12(a)(4)(A);

6    WHEREAS plaintiff Motorola, Inc. and defendants AU Optronics Corporation and AU

7 Optronics Corporation America (collectively "AUO Defendants") have agreed to extend AUO

8 Defendants' time to answer the SAC up to and including April 18, 2011, pending approval of the Court;

9    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned

10 counsel, on behalf of their respective clients, that:

11    AUO Defendants shall have up to and including April 18, 2011 to file their answer to the SAC.

12 //

13 //

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS
CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

2

1  DATED: April 11, 2011                             Nossaman LLP

3                                         By:   /s/ Christopher A. Nedeau
4                                              CHRISTOPHER A. NEDEAU (CA SBN 81297)
                                               NOSSAMAN LLP
                                               50 California Street, 34th Floor
5                                              San Francisco, California  94111-4799
                                               Telephone:  (415) 398-3600
6                                              Facsimile:  (415) 398-2438
7                                              *cnedeau@nossaman.com*

8                                              *Counsel for Defendants*
                                               *AU OPTRONICS CORPORATION AND*
9                                              *AU OPTRONICS CORPORATION AMERICA*

11                                             CROWELL & MORING LLP

13                                         By:   /s/ Jerome A. Murphy
14                                             JEROME A. MURPHY  (*pro hac vice*)
                                               CROWELL & MORING LLP
15                                             1001 Pennsylvania Avenue, N.W.
                                               Washington, D.C. 20004
16                                             Telephone:  (202) 624-2500
                                               Facsimile:  (202) 628-5116
17                                             *jmurphy@crowell.com*

18                                             *Attorneys for Plaintiff*
                                               *MOTOROLA, INC.*

28                                                          MASTER FILE NO. 3:07-MD-1827 SI
257471_2.DOC                                                        CASE NO. 3:09-CV-5840 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS
CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC
3

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: _____
Hon. Susan Y. Illston

Date: 4/113/11

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

4