1

Bruce H. Jackson (State Bar No. 98118)
  (bruce.h.jackson@bakernet.com)

2

**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor

3

San Francisco, CA  94111-3802
Telephone:   +1 415 576 3000

4

Facsimile:   +1 415 576 3099

5

Attorneys for Defendants
Tatung Company of America, Inc.

6

Chunghwa Picture Tubes Ltd.

7

[Additional counsel listed on signature page]

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION This Document Relates to Case No. 09-cv-5840-SI | **MASTER FILE No. 07-m-1827 SI** **Case No.  09-cv-5840 SI** **MDL NO. 1827** |
| MOTOROLA, INC.,                           Plaintiff,             v. AU OPTRONICS CORPORATION, et al.                     Defendants. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** |

13

14

15

16

17

18

19

20

WHEREAS, Plaintiff Motorola, Inc. filed its Second Amended Complaint on July 23, 2010;

21

WHEREAS, the Court denied defendants' motion to dismiss the Second Amended

22

Complaint on March 28, 2011;

23

WHEREAS, this extension will not alter the date of any event or any deadline already fixed

24

by Court order;

25

NOW THEREFORE, the parties stipulate and agree as follows:

26

The deadline for Defendants to answer the aforementioned complaint is Monday, April 18,

27

2011.

28

1

1    **It is so stipulated.**

2    Dated:   April 12, 2011                          BAKER & McKENZIE LLP

3

4                                                     By: s/Patrick J. Ahern
                                                        Patrick J. Ahern
5                                                       One Prudential Plaza
                                                        130 E. Randolph Street
6                                                       Chicago, Illinois 60601

7                                                       Bruce H. Jackson (State Bar No. 98118)
                                                        Two Embarcadero Center, 11th Floor
8                                                       San Francisco, CA 94111-3802

9                                                     *Attorneys for Defendants*
                                                     *Tatung Company of America, Inc. and*
10                                                    *Chunghwa Picture Tubes Ltd.*

11                                                   CROWELL & MORING LLP

12

13                                                   By: s/Matthew J. McBurney

14                                                      Matthew J. McBurney
                                                        1001 Pennsylvania Avenue, NW
15                                                      Washington, DC 20004

16
                                                        Joshua Stokes (State Bar No. 220214)
17                                                      515 S. Flower Street, 40th floor
                                                        Los Angeles, CA 90071

18

19                                                   *Attorneys for Plaintiff Motorola, Inc.*

20   Attestation: The filer of this document attests that the concurrence of the other signatories thereto
     has been obtained.

21

22   SO ORDERED.

23      4/13/11                              By: _Susan Illston_
                                                 Honorable Susan J. Illston

24

25

26

27

28
                                             2

Baker & McKenzie LLP
One Prudential Plaza, Suite
3500
130 East Randolph Drive
Chicago, IL  60601