Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendants
Chi Mei Corporation, Chi Mei Innolux
Corporation (f/k/a Chi Mei Optoelectronics
Corp.), Chi Mei Optoelectronics USA, Inc.,
CMO Japan Co., Ltd., Nexgen Mediatech, Inc.
and Nexgen Mediatech USA, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:09-cv-5840-SI<br><br>MOTOROLA, INC.,<br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br>　　　　　　　　　Defendants. | CASE NO. 3:09-cv-5840-SI<br><br>MDL NO. 3:07-md-1827-SI<br><br>**JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [P~~ROPOSED~~] ORDER** |

1  WHEREAS the undersigned counsel, on behalf of plaintiff Motorola, Inc., filed a Second Amended Complaint in the above-captioned case against Chi Mei Corporation, Chi Mei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc. and Nexgen Mediatech USA, Inc. (collectively, "Stipulating Defendants") and other defendants on July 23, 2010;

WHEREAS the Court denied defendants' motion to dismiss the Second Amended Complaint on March 28, 2011;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Complaint; and

THEREFORE, Motorola, Inc., and the Stipulating Defendants hereby agree that the Stipulating Defendants' deadline to answer the Second Amended Complaint will be 14 days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

Dated:   April 12, 2011                Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ Christopher B. Hockett
      Christopher B. Hockett (SBN 121539)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com

*Attorneys for Defendants Chi Mei Corporation, Chi Mei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

Dated: April 12, 2011  CROWELL & MORING LLP

By: /s/ Joshua C. Stokes
Joshua C. Stokes (SBN 121539)

Jason C. Murray (SBN 169806)
Joshua C. Stokes (SBN 220214)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile:  213-622-2690
jmurray@crowell.com
jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
jhoward@crowell.com
jmurphy@crowell.com

*Attorneys for Plaintiff Motorola, Inc.*

I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated:  April 12, 2011        /s/ Christopher B. Hockett
Christopher B. Hockett (SBN 121539)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __4/14__, 2011        _____
Honorable Susan J. Illston

2

JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER
CASE NO. 09-CV-5840-SI; MDL NO. 1827