FILED

AUG 11 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MOTOROLA, INC., | No. 11-80128 |
| Plaintiff - Respondent, | D.C. No. 3:09-cv-05840-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD.; et al., | ORDER |
| Defendants - Petitioners. | |

Before: SCHROEDER and THOMAS, Circuit Judges.

Petitioners' motion for leave to file a reply to respondent's answer to this petition is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

SL/MOATT