Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.
and Jaco Electronics, Inc.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI<br>Case Nos. C 09-5840 SI; 11-cv-02495 SI |
| This Document Relates To:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, C 09-5840 SI<br><br>*Jaco Eletonics, Inc. v. AU Optronics Corporation, et al.*, 11-cv-02495 SI | **STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS** |

1  Whereas, defendants Philips Electronics North America Corporation ("PENAC"),
2  Samsung SDI Co. Ltd., Samsung SDI America, Inc. ("Samsung SDI"), and Sanyo Consumer
3  Electronics Co., Ltd. ("Sanyo CE") filed Motions to Dismiss plaintiff Motorola Mobility, Inc.'s
4  ("Motorola") Third Amended Complaint ("TAC") on September 12, 2011;[1]

5  Whereas, defendants PENAC, Koninklijke Philips Electronics N.V. ("Royal Philips"),
6  Sanyo CE, Sanyo North America Corporation ("Sanyo NA"), Hannstar Display Corporation[2]
7  ("Hannstar") filed Motions to Dismiss plaintiff Jaco Electronics Inc.'s ("Jaco") First Amended
8  Complaint ("FAC") on October 12, 2011;[3]

9  Whereas, the motions to dismiss the Motorola TAC are currently set for hearing on
10 November 4, 2011;

11 Whereas, the motions to dismiss the Jaco FAC are currently set for hearing on November
12 18, 2011;

13 Whereas, on October 19, 2011, counsel for the Direct Purchaser Plaintiff class filed an
14 application with the Court seeking to continue the hearing on the motions to dismiss the Motorola
15 TAC to November 18, 2011, December 2, 2011, or another date of the Court's choosing;

16 Whereas, PENAC, Samsung SDI, Sanyo CE and Motorola object to moving the hearing
17 date on the motions to dismiss the Motorola TAC, and believe that a continuance of the hearing
18 on the motions to dismiss the Motorola TAC, if the Court chooses to grant one, should be as short
19 as possible, given the "Track One" trial schedule;

20 Whereas, the parties believe that in the interest of efficiency, the motions to dismiss the

---

[1] Docket Nos. 3528, 3529 and 3530.

[2] Hannstar's Motion was joined by AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chimei Optoelectronics Corp.), Chimei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech Usa, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation And Sharp Electronics Corporation, Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd., Sanyo Consumer Electronics Co., Ltd., Sanyo North America Corporation, Samsung SDI America, Inc., Samsung SDI Co., Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.

[3] Docket Nos. 3873, 3876, 3879 and 3880.

1  Motorola TAC should be decided prior to further briefing on the motions to dismiss the Jaco
2  FAC, because the Jaco motions assert similar arguments to those raised in connection with the
3  Motorola motions to dismiss.
4      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
5  undersigned counsel, on behalf of their respective clients, Motorola and Jaco, on the one hand,
6  and, PENAC, Royal Philips, Samsung SDI, Sanyo CE, Sanyo NA and Hannstar, on the other
7  hand, as follows:
8      1.    Should the Court grant the DPPs' request to continue the hearing on the motions to
9  dismiss the Motorola TAC, the hearing on all three motions shall be continued to November 18,
10  2011;
11      2.    The hearing on the motions to dismiss the Jaco FAC shall be continued to January
12  ~~6~~ 13, 2011, and the briefing schedule shall be extended, as follows:
13      a.    Oppositions to be filed by:    December 14, 2011
14      b.    Replies to be filed by:    December 23, 2011
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Dated: October 21, 2011

/s/ Nathanial J. Wood

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiffs Motorola Mobility, Inc. and Jaco Electronics, Inc.*

|   |   |
|---|---|
| 1 | |
| 2 |               */s/ Michael W. Scarborough* |

              Michael W. Scarborough (SBN 203524)
              Tyler Mark Cunningham (SBN 243694)
              SHEPPARD MULLIN RICHTER & HAMPTON
              Four Embarcadero Center, 17th Floor
              San Francisco, California  94111
              Telephone:  (415) 434-9100
              Facsimile:  (415) 434-3947
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

              Eric S. O'Connor (SBN 223244)
              SHEPPARD MULLIN RICHTER & HAMPTON
              30 Rockefeller Plaza
              New York, New York 10112-0015
              Telephone:  212-653-8700
              Facsimile:  212-653-8701
              eoconnor@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*


              */s/ Brendan P. Cullen*

              Brendan P. Cullen (SBN 194057)
              SULLIVAN & CROMWELL LLP
              1870 Embarcadero Road
              Palo Alto, California  94303
              Telephone:     (650) 461-5600
              Facsimile:      (650) 461-5700
              cullenb@sullcrom.com

              Garrard R. Beeney (NY Reg. No. 1656172)
              SULLIVAN & CROMWELL LLP
              125 Broad Street
              New York, New York  10004-2498
              Telephone:     (212) 558-4000
              Facsimile:      (212) 558-3588
              beeneyg@sullcrom.com

*Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.*

| | |
|---|---|
| 1 | |
| 2 | _____/s/ Allison A. Davis_____ |
| 3 | Allison A. Davis (SBN 139203) |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 505 Montgomery Street, Suite 800 |
| 5 | San Francisco, California 94111 |
|   | Telephone: (415) 276-6500 |
| 6 | Facsimile: (415) 276-4880 |
|   | allisondavis@dwt.com |
| 7 | |
| 8 | Nick S. Verwolf (admitted *pro hac vice*) |
|   | DAVIS WRIGHT TREMAINE LLP |
| 9 | 777 108th Avenue, N.E. |
|   | Bellevue, WA 98004-5149 |
| 10 | Telephone: (425) 646-6125 |
|    | Facsimile: (425) 646-6199 |
| 11 | nickverwolf@dwt.com |
| 12 | |
|    | *Counsel for Defendant Sanyo Consumer Electronics* |
| 13 | *Co., Ltd. and Sanyo North America Corporation* |
| 14 | |
| 15 | _____/s/ Christopher M. Wyant_____ |
| 16 | Hugh F. Bangasser, (Pro Hac Vice) |
| 17 | Ramona M. Emerson, (Pro Hac Vice) |
|    | Christopher M. Wyant, (Pro Hac Vice) |
| 18 | K&L GATES LLP |
|    | 925 Fourth Avenue, Suite 2900 |
| 19 | Seattle, WA 98104-1158 |
| 20 | Phone: (206) 623-7580 |
|    | Fax: (206) 623-7022 |
| 21 | |
|    | Jeffrey L. Bornstein, State Bar No. 99358 |
| 22 | K&L GATES LLP |
|    | Four Embarcadero Center, Suite 1200 |
| 23 | San Francisco, CA 94111 |
| 24 | Phone: (415) 249-1059 |
|    | Fax: (415) 882-8220 |
| 25 | |
|    | *Attorneys for Defendant HannStar Display* |
| 26 | *Corporation* |
| 27 | |
| 28 | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1  **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the**
2  **filing of this document has been obtained from Michael W. Scarborough, Brendan P.**
3  **Cullen, Allison A. Davis and Christopher M. Wyant.**

4
5  **IT IS SO ORDERED.**

6
7  Dated: _____, 2011

8
9  _____
   Susan Illston, United States District Judge

10 DCACTIVE-16417268.1