IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827<br><br>No. C 09-5840 SI |
| This Order Relates To:<br><br>MOTOROLA MOBILITY, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>         Defendants. / | **ORDER DENYING MOTOROLA MOBILITY, INC'S MOTION TO STRIKE AND MOTION TO SHORTEN TIME** |

Plaintiff Motorola Mobility, Inc. has filed two motions: one to strike defendant Sanyo Consumer Electronic, Ltd.'s motion for summary judgment, and one to shorten time. Pursuant to Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument.

Pursuant to the Court's Standing Order, Sanyo shall be GRANTED leave from Court to file its motion for summary judgment. Accordingly, the Court DENIES both of Motorola's motions. Master Docket Nos. 5884 and 5887; Docket Nos. 351 and 352 in 09-5840.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
SUSAN ILLSTON
United States District Judge