**United States District Court**
**For the Northern District of California**

1
2
3
4
5           IN THE UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  IN RE: TFT-LCD (FLAT PANEL)                    No. M 07-1827 SI
   ANTITRUST LITIGATION                           MDL. No. 1827
9  _____/
                                                  Case Nos.: C 09-4997 SI; C 09-5480 SI; C 09-
10 This Order Relates to:                         5609 SI; C 10-1064 SI; C 10-0117 SI; C 10-
                                                  4572 SI; C 10-4945 SI; C 11-0058 SI
11 *AT&T Mobility LLC v. AU Optronics Corp., et
   al.,* C 09-4997 SI                             **ORDER DENYING MOTIONS TO FILE**
12                                                **DOCUMENTS UNDER SEAL**
   *Motorola Mobility, Inc. v. AU Optronics Corp.,*
13 *et al.,* C 09-5480 SI

14 *Nokia Corp. v. AU Optronics Corp., et al.,*
   C 09-5609 SI
15
   *Dell, Inc. and Dell Products*, L.P. v. Sharp
16 *Corp., et al.,* C 10-1064 SI

17 *Electrograph Systems, Inc. v. Epson Imaging*
   *Devices Corp., et al.,* C 10-0117 SI
18
   *Best Buy Co., Inc. v. AU Optronics Corp., et al.,*
19 C 10-4572 SI

20 *Target Corp. v. AU Optronics Corp., et al.,*
   C 10-4945 SI
21
   *Costco Wholesale Corp. v. AU Optronics Corp.,*
22 *et al.,* C 11-0058 SI
                                                /
23

24         The Court has reviewed the information that the parties wish to file under seal. None of the
25 information appears to be current sensitive business information. Further, much of the information has
26 already been made public or will soon be made public through its use at trial.
27         Accordingly, the Court DENIES the following ex parte applications to file documents under seal:
28 Master Docket Nos. 6139, 6142, 6150, 6162, 6171, 6172, 6175, 6180, 6181, 6188, 6191, 6192, 6200,

6201, 6202, 6206, 6211, 6214, 6241, 6248, 6252, and 6253. *See* Order re Administrative Motions to File Documents Under Seal, Master Docket No. 6243.

**IT IS SO ORDERED.**

Dated: July 30, 2012

_____
SUSAN ILLSTON
United States District Judge